■ In the Matter of MAJOR R. OWENS, Appellant, v ALFRED SHARPTON et al., Respondents. In the Matter of ANNIE NICHOLSON et al., Appellants, v ALFRED SHARPTON et al., Respondents.—In proceedings, *inter alia,* to invalidate the petition designating respondents Alfred Sharpton as a candidate in the Democratic Party primary election to be held on September 12, 1978 for the public office of State Senator from the 17th Senatorial District, the appeal is from so much of a judgment of the Supreme Court, Kings County, dated August 26, 1978, as, after a hearing and after invalidating the candidacy of Alfred Sharpton, denied the petition insofar as it sought to have the designating petition declared invalid. Judgment affirmed, without costs or disbursements (see *Matter of Grieco v Bader,* 43 Misc 2d 245 and cases cited therein). Mollen, P. J., Damiani, Shapiro and O'Connor, JJ., concur.

(August 30, 1978)

■ In the Matter of DAVID STETTNER et al., Appellants, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents.—On the court's own motion, the decision and order of this court, both dated July 24, 1978, are hereby recalled and vacated and the following decision is rendered in place thereof: In consolidated proceedings to review the real estate tax assessments on certain real property owned by petitioners for the tax years 1973-1974 through 1977-1978, the petitioners appeal from a judgment of the Supreme Court, Kings County, dated November 25, 1977, which, after a nonjury trial, *inter alia,* reduced the assessments in an allegedly insufficient amount. Proceedings remitted to Special Term to hear and report as to the proper rate of return on petitioners' property for the years in question under the capitalization method of establishing value and appeal held in abeyance in the interim. Special Term is to file its report with all convenient speed. The record before us is insufficient to determine the proper capitalization rate for the subject property. Mollen, P. J., Hopkins, Martuscello and Damiani, JJ., concur.

THIRD DEPARTMENT, AUGUST, 1978

(August 4, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HUNT, Petitioner, v LADY R. RUCINSKI, as Superintendent of Albany County Jail, et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2), for a writ of habeas corpus denied as insufficient. Mahoney, P. J., Greenblott, Sweeney and Kane, JJ., concur.